CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nanda Sharif-Pour,<br><br>         Plaintiff,<br><br>         v.<br><br>United States of America ex rel<br>United States Postal Service,<br><br>         Defendant. | Case No.:  2:20-cv-01271-JAD-EJY<br><br>**Motion to Withdraw Attorney of Record** |

Defendant United States of America seeks to withdraw Assistant United States Attorney Brian W. Irvin as counsel for this case. Assistant United States Attorney Patrick A. Rose will remain lead counsel for the United States.

The United States respectfully requests the Clerk of the Court to withdraw Assistant United States Attorney Brian W. Irvin as counsel of record because he will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

…

…

…

1

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 27th day of December 2021.

                                          CHRISTOPHER CHIOU
                                          Assistant United States Attorney

                                          */s/ Patrick A. Rose*
                                          PATRICK A. ROSE
                                          Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  December 28, 2021

2