JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nanda Sharif-Pour, | Case No. 2:20-cv-01271-CDS-EJY |
| Plaintiff, | **Stipulation and Order to Vacate Trial Because of Settlement** |
| v. | |
| United States of America *ex rel* United States Postal Service, | |
| Defendant. | |

Notifying the Court of a settlement in this matter, *see* ECF No. 29, Plaintiff and Defendant stipulate to, and request that the Court order, the following: (i) this case is removed from the August 25, 2022, master trial calendar scheduling, *see* ECF No. 30; (ii) the September 1, 2022, calendar call for this case is vacated, *see* ECF No. 28; and

(iii) the September 19, 2022, trial for this case is vacated, *see* ECF No. 28.

Respectfully submitted this 15th day of August, 2022.

| | |
|---|---|
| MOSS BERG INJURY LAWYERS | JASON M. FRIERSON<br>United States Attorney |
| */s/ Boyd B. Moss*<br>BOYD B. MOSS, Esq.<br>Nevada Bar No. 8856<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

Accordingly, IT IS HEREBY ORDERED that the parties must file dismissal documents no later than October 18, 2022, or, in the alternative, a joint status report informing the Court of the status of settlement.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:   August 18, 2022